United States District Court
Southern District of Texas

**ENTERED**

September 09, 2016

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JEROD HOBBS, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:16-CV-00770 |
| | § | |
| EVO INCORPORATED, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

Pursuant to Plaintiffs' Notice of Dismissal Without Prejudice of Defendant Dunedin Enterprise Investment Trust PLC ("Dunedin") (Doc. 23), the Court hereby

**ORDERS** that all claims asserted by Plaintiffs against Defendant Dunedin are **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). All claims against other parties remain pending.

SIGNED at Houston, Texas, this 8th day of September, 2016.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE

1 / 1