**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **JEROD HOBBS, RONALD LEE,** | § | |
| **JORDON ARROYO AND ARLEN** | § | |
| **JONES, individually and on behalf of** | § | |
| **others similarly situated,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO. 4:16-cv-00770** |
| **EVO INCORPORATED,** | § | |
| **JONATHAN JAMES RENTON** | § | |
| **THURSBY, MAURICE MCBRIDE,** | § | |
| **SAM COPEMAN AND FRANCIS** | § | |
| **NEILL** | § | |

## JOHN DAVID HART DECLARATION

Declaration of John David Hart:

I, John David Hart, declare and state as follows, under the penalty of perjury:

1. My name is John David Hart. I am over 21 years of age, competent in all respects to execute this declaration. All of my statements in this declaration are true and correct and are within my personal knowledge. If called as a witness, I could and would testify competently thereto.

2. I am counsel for the Plaintiffs Jerod Hobbs, Ronald Lee, Jordan Arroyo and Arlen Jones, individually and on behalf of other similarly situated in their case against EVO Incorporated, Jonathan James Renton Thursby, Maurice McBride, Sam Copeman, and Francis Neill. I was acting as such on September 8, 2016.

3. I declare that the factual account contained within Paragraph 8 of Plaintiffs' Motion for Leave to File an Amended Declaration and Supplemental Response with respect to the events of September 8, 2016 and September 22, 2016 is true and correct.

EXECUTED on this 22 day of September, 2016.

*/s/ John David Hart*_____
JOHN DAVID HART