IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JEROD HOBBS, RONALD LEE, JORDON ARROYO AND ARLEN JONES, individually and on behalf of others similarly situated, § § § § § | |
| Plaintiffs, § § | |
| v. § § | CIVIL ACTION NO. 4:16-cv-00770 |
| EVO INCORPORATED, JONATHAN JAMES RENTON THURSBY, MAURICE MCBRIDE, SAM COPEMAN AND FRANCIS NEILL § § § § § | |

**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED DECLARATION AND A SUPPLEMENTAL RESPONSE**

This Matter has come before the Court upon Plaintiffs' Motion for Leave to File an Amended Declaration and a Supplemental Response to Defendants' Motion to Dismiss. The Court finds said Motion well taken.

It is, therefore, ORDERED that Plaintiffs' amended declaration of Troy Sutherlin be filed with this Court as Exhibit A and that Plaintiffs be allowed to file a Supplemental Response to Defendants' Motion to Dismiss within five (5) days from the date of receipt of this Order.

Signed this _____ day of _____, 2016.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE