United States District Court
Southern District of Texas
**ENTERED**
March 19, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JEROD HOBBS, *et al.*, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:16-CV-00770 |
| | § | |
| EVO INCORPORATED, *et al.*, | § | |
| Defendants. | § | |

## FINAL JUDGMENT

The Court finds Defendants EVO Incorporated, Francis Neill, and Sam Copeman are jointly and severally liable for $11,166.91 in damages to Plaintiff Arlen Jones, for $7,618.59 in damages to Plaintiff Jordan Arroyo, for $41,451.48 in damages to Plaintiff Ronald Lee, and for $119,139.60 in damages to Plaintiff Jerod Hobbs and jointly and severally liable for attorneys fees in the amount of $240,588.00 and court costs in the amount of $24,768.80 to Plaintiffs collectively. Post-judgment interest at a rate of 0.38% is to apply to the entire amount of each award from the date of this judgment and will continue to accrue until said judgment is satisfied. All relief not granted herein is denied.

SIGNED at Houston, Texas this 19th day of March, 2020.

Andrew S. Hanen
United States District Judge